

# IN THE
# TENTH COURT OF APPEALS

### No. 10-20-00220-CV

**SAMUEL RAY HINES AND THE
OTHER SCOTT AND FOSTER HEIRS, ET AL,**

                                                            **Appellants**

 **v.**

**GLENN HEGAR, TEXAS COMPTROLLER OF
PUBLIC ACCOUNTS, RAJENA SCOTT,
BUETTA SCOTT, AND CURTIS CAPPS,**

                                                            **Appellees**

**From the 272nd District Court
Brazos County, Texas
Trial Court No. 19-000225-CV-272**

## ABATEMENT ORDER

On November 19, 2020, the parties filed a joint motion to abate the appeal pending settlement negotiations. We grant the motion, and the appeal is abated for settlement negotiations. The parties are instructed to notify the Court within 60 days from the date of this Order the status of the settlement negotiations.

PER CURIAM

Before Chief Justice Gray,
       Justice Davis, and
       Justice Neill
Appeal abated
Order issued and filed December 16, 2020

